1  **NORMA A. AGUILAR**
   California State Bar No. 211088
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Email: Norma_Aguilar@fd.org

5  Attorneys for Mr. Olivo-Cerda

8                       UNITED STATES DISTRICT COURT

9                   FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,        )  Case No. 08MJ1008
                                      )
12 |         Plaintiff,                )
                                      )
13 | v.                                )
                                      )  **NOTICE OF APPEARANCE**
14 | EDGAR RICARDO OLIVO-CERDA,        )
                                      )
15 |         Defendant.                )
                                      )

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 Norma A. Aguilar, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney
19 in the above-captioned case.

20                                          Respectfully submitted,

22 Dated: April 8, 2008                      */s/ Norma Aguilar*
                                             **NORMA AGUILAR**
23                                           Federal Defenders of San Diego, Inc.
                                             Attorneys for Mr. Olivo-Cerda
24                                           Norma_Aguilar@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Copy to Assistant U.S. Attorney via ECF NEF

Dated: April 8, 2008        /s/ Norma Aguilar
**NORMA AGUILAR**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
Email: Norma_Aguilar@fd.org